IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


SCOTT L. APEL,
          Plaintiff,

vs.                                                  Case No. 3:07cv314/MCR/EMT

ESCAMBIA COUNTY JAIL, et al.,
          Defendants.

_____/

## ORDER

Plaintiff, an inmate proceeding pro se, initiated this action by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. 1).  Plaintiff also filed a motion to proceed in forma pauperis (Doc. 7).

Upon review of the motion to proceed in forma pauperis, the court concludes that Plaintiff failed to provide the requisite supporting documentation for the motion, specifically, a financial certificate <u>with an attached copy of his trust fund account statement covering the six-month period preceding the filing of the complaint</u>. *See* 28 U.S.C. § 1915(a)(2).  Therefore, the motion will be denied without prejudice to Plaintiff's refiling a complete motion with the required supporting documentation.

Accordingly, it is **ORDERED**:

1.       Plaintiff's motion to proceed in forma pauperis (Doc. 7) is **DENIED** without prejudice.

2.       The clerk shall send Plaintiff a motion to proceed in forma pauperis and a prisoner consent form and financial certificate approved for use in the Northern District.

3.       Within **THIRTY (30) DAYS** from the date of docketing of this order Plaintiff shall (1) pay the $350.00 filing fee, or (2) submit a completed motion to proceed in forma pauperis with

Dockets.Justia.com

the requisite prisoner consent form and financial certificate, <u>including an attached computer printout</u> <u>of the transactions in his prison account during the preceding six month period</u>.

       4.       Failure to comply with this order as instructed may result in a recommendation that this case be dismissed for failure to comply with an order of the court.

       **DONE AND ORDERED** this <u>13</u><sup>th</sup> day of August 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**