# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA  DIVISION

SCOTT APEL

      vs                                            Case No. 3:07cv314/MCR/EMT

ESCAMBIA COUNTY JAIL

_____

## ORDER

**PLAINTIFF'S "INMATE MONEY REPORT"** (received 8/15/2007), was referred to the undersigned with the following deficiencies:

The document is not properly captioned for this court.  Every paper filed after the complaint must have the name of this court.  The names of the parties (the style of the case) shall be clearly set forth in the upper left-hand corner on the first page of all pleadings, motions, briefs, applications, and other papers tendered for filing.  To the right of the style shall be the case number, including judges' initials, if a case number and a judge or judges have been assigned.  *See* N.D. Fla. Loc. R. 5.1(B)(1).

The document is not in proper form.  The title of the pleading, motion, or other paper must immediately follow the style of the case and shall include a clear, concise and specific identification of the document being filed and the filing party.  The body of the document should state the nature of the filing party's request and the relief sought from the court.  *See* N.D. Fla. Loc. R. 5.1(B)(2).

The first page of the document does not have a bottom margin of at least two (2) inches as required by N.D. Fla. Loc. R. 5.1(B)(3).  Each subsequent page must have a margin of approximately one and one-fourth (1 1/4) inch.

The document does not contain Plaintiff's original signature.  An original signature must be affixed to any document filed in paper form.  *See* Fed. R. Civ. P. 11(a); N.D. Fla. Loc. R. 5.1(B)(5).

For these reasons, **IT IS ORDERED** that:

     The submitted hard copy of the document shall be returned to Plaintiff by the Clerk without electronic filing.  It may be resubmitted after the above-noted deficiencies are corrected.

**DONE AND ORDERED** this 17th day of August, 2007.


                 /s/ *Elizabeth M. Timothy*
                **ELIZABETH M. TIMOTHY**
                **UNITED STATES MAGISTRATE JUDGE**