IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SCOTT L. APEL,
    Plaintiff,

vs.                                                Case No.: 3:07cv314/MCR/EMT

ESCAMBIA COUNTY JAIL, et al.,
    Defendants.
_____/

**ORDER**

       This cause is before the court upon Plaintiff's "Motion to Compel" (Doc. 18), which shall be construed as a motion for an extension of time to file an amended complaint. On September 17, 2007, Plaintiff was directed to file an amended complaint on or before October 17, 2007 (*see* Doc. 14). Plaintiff subsequently requested an extension of time to comply, and this court provided Plaintiff until November 16, 2007 to file an amended complaint (*see* Doc. 16). In the instant motion, Plaintiff states that "the complaint was mailed to the court months ago" (Doc. 18 at 1). To date, however, no amended complaint has been received by the court. Giving Plaintiff the benefit of any doubt,[1] the court will grant him one final extension of time to file an amended complaint.

       Accordingly, it is **ORDERED**:

       1.     Plaintiff's "Motion to Compel" (Doc. 18), construed as a motion for an extension of time, is **GRANTED**.

       2.     The clerk of court is directed to forward to Plaintiff a civil rights complaint form for use by prisoners in actions under 42 U.S.C. § 1983. This case number should be written on the form.

---

      [1]The court notes that Plaintiff's instant motion states that "the complaint," rather than the amended complaint, was mailed to the court months ago (*see* Doc. 18 at 1). The court will assume that Plaintiff intended to say that the <u>amended</u> complaint was previously mailed to the court.

3.	Within **TWENTY (20) DAYS** from the date of docketing of this order, Plaintiff shall file an amended civil rights complaint as previously ordered (*see* Doc. 14).  The amended complaint shall be typed or clearly written, submitted on the court form, and marked "Amended Complaint." In the alternative, Plaintiff shall file a notice of voluntary dismissal within the same time period.

4.	Plaintiff's failure to respond to this order will result in a recommendation that this action be dismissed.

**DONE AND ORDERED** this 13th day of December 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**