IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SCOTT L. APEL,
     Plaintiff,

vs.                                        Case No.: 3:07cv314/MCR/EMT

ESCAMBIA COUNTY JAIL, et al.,
     Defendants.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1).  Leave to proceed in forma pauperis has been granted (Doc. 13).

On September 17, 2007, Plaintiff was directed to file an amended complaint on or before October 17, 2007 (*see* Doc. 14).  Plaintiff subsequently requested an extension of time to comply, and this court provided Plaintiff until November 16, 2007 to file an amended complaint (*see* Doc. 16).  No amended complaint was filed, but after an order to show cause was entered on December 4, 2007 (*see* Doc. 17) and responded to by Plaintiff (*see* Doc. 18), the court granted Plaintiff a <u>final</u> extension of time to January 2, 2008 to file an amended complaint (*see* Doc. 19).  That time has elapsed, and Plaintiff has filed to file an amended complaint.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 7th day of January 2008.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).